FILED

2017 JAN 18 PM 12:59

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) 1:17 CR 30 |
| v. | ) CASE NO. JUDGE BOYKO |
| | ) Title 18, Section 922(a)(6), |
| CARLTON H. NUNN, | ) United States Code |
| Defendant. | ) |

COUNT 1

The Grand Jury charges:

From on or about September 10, 2016, through on or about September 11, 2016, in the Northern District of Ohio, Eastern Division, CARLTON H. NUNN, in connection with the acquisition of firearms, those being: a Taurus, Model PT 24/7 G2, .9mm pistol, Serial Number TG044895, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXX2497, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXW5581, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXX2511, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXV0518, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXW5711, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXX3044, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXX2508, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXW5589, a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXX2815, a Smith and Wesson, Model SD9VE,

.9mm pistol, Serial Number FXV8055, from Elite Tactical Firearms and Training LLC, Niles, Ohio, a federally licensed dealer of firearms, and a Jimenez Arms Inc., Model J.A. 380, .380 caliber pistol, Serial Number 386083, a Taurus, Model PT111 G2, .9mm pistol, Serial Number TJU38909, a Taurus, Model PT111 G2, .9mm pistol, Serial Number TJU37967, a Taurus, Model PT111 G2, .9mm pistol, Serial Number TJU38948, a Taurus, Model PT111 G2, .9mm pistol, Serial Number TJR43476, a Taurus, Model PT111 G2, .9mm pistol, Serial Number TJR44069, a Taurus, Model PT111 G2, .9mm pistol, Serial Number TJU37980, a Jimenez Arms Inc., Model J.A. NINE, .9mm pistol, Serial Number 377770, a Jimenez Arms Inc., Model J.A. NINE, .9mm pistol, Serial Number 379239, and a Jimenez Arms Inc., Model J.A. NINE, .9mm pistol, Serial Number 377769, from GT Firearms Sales, Massillon, Ohio, a federally licensed dealer of firearms, and a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FYB3465, and a FMK Firearms Inc., Model 9C1 GEN2, .9mm pistol, Serial Number BOD0599, from ARC Firearms LLC, Wadsworth, Ohio, a federally licensed dealer of firearms, and a Smith and Wesson, Model SD9VE, .9mm pistol, Serial Number FXW3639, from Code 3 Enterprises LLC, Canal Fulton, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealers with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18, United States Code, in that CARLTON H. NUNN did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that he was the actual buyer of said firearms, when in fact, he was not the actual buyer of said firearms, in violation of Title 18, Section 922(a)(6), United States Code.

                                                          A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.